PER CURIAM.
Affirmed. See: Webster v. State, Fla.App.1967, 201 So.2d 789; State v. Young, Fla.1968, 217 So.2d 567; State v. Parnell, Fla.1969, 221 So.2d 129; James v. State, Fla.App.1969, 223 So.2d 52; Cockerham v. State, Fla.App.1970, 237 So.2d 32; State v. Clarke, Fla.App.1971, 242 So.2d 791; State v. Bryant, Fla.App.1971, 250 So.2d 344 (opinion filed July 9, 1971); State v. Custer, Fla.App.1971, 251 So.2d 287 (opinion filed July 9, 1971). Compare Graham v. State, Fla.App.1969, 229 So.2d 616; State v. Graham, Fla.1970, 238 So.2d 618.